**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK                          18-MD-2865 (LAK)
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME  LITIGATION                              ECF Case

This document relates to: 18-cv-04434-LAK
                         18-cv-07824-LAK
                         18-cv-07827-LAK
                         18-cv-07828-LAK
                         18-cv-07829-LAK
                         19-cv-01781-LAK
                         19-cv-01783-LAK
                         19-cv-01785-LAK
                         19-cv-01788-LAK
                         19-cv-01791-LAK
                         19-cv-01792-LAK
                         19-cv-01794-LAK
                         19-cv-01798-LAK
                         19-cv-01800-LAK
                         19-cv-01801-LAK
                         19-cv-01803-LAK
                         19-cv-01806-LAK
                         19-cv-01808-LAK
                         19-cv-01809-LAK
                         19-cv-01810-LAK
                         19-cv-01812-LAK
                         19-cv-01813-LAK
                         19-cv-01815-LAK
                         19-cv-01818-LAK
                         19-cv-01870-LAK
                         19-cv-01918-LAK
                         19-cv-01922-LAK
                         19-cv-01926-LAK
                         19-cv-01928-LAK
                         19-cv-01929-LAK
                         19-cv-01931-LAK

## <u>DECLARATION OF MARK D. ALLISON, ESQ. IN</u>
## <u>SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</u>

Mark D. Allison, Esq., pursuant to 28 U.S.C. § 1746, and subject to the penalty of

perjury, declares that the following are true and correct:

1.      I am counsel of record in this action.

2.      Zhanna A. Ziering, Esq. of Moore Tax Law Group LLC will continue to represent

the Defendants in this action.

Dated:  New York, New York

January 10, 2022

CAPLIN & DRYSDALE, CHARTERED

s/ Mark D. Allison
By: Mark D. Allison

Mark D. Allison
295 Madison Ave, 12th floor
New York, NY 10017
(212) 379-6000
mallison@capdale.com