# Exhibit 3, Part 29

**DIFC Court of First Instance**
**SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited**

**28-June-2018**

The below table is a summary of hard copy documents obtained from the offices of Elysium Global (Dubai) Limited on 28-June-2018.

*Total pages: 3*

| Location | Category | Document Name (if labelled) or Details of Contents (italics) | Approximate volume | Box # |
|---|---|---|---|---|
| Sanjay Shah Office | Finance | *Various bank and utility account statements and documentation of a financial nature (e.g. invoices, schedules, account forecasts)* | 1 white untitled binder<br>1 spiral package<br>Various loose papers<br>Total volume: ~3 inches | B1 |
| Sanjay Shah Office | Agreements | *Various agreements with respect to Elysium Global (Dubai) Limited and related documents* | Total volume: ~4 inches | B1 |
| Sanjay Shah Office | Assets | *Documentation relating to properties and/or resources (e.g. HR documentation and charts)* | Total volume :~1/4 inches | B1 |
| Office Filing Cabinets | Bank Statements | Sanjay Shah Bank Stmts<br>Varengold NED Bank<br>F432874 | 1 binder | B3 |
| Office Filing Cabinets | Expenses | Elysium Global<br>Expenses<br>F433191 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts<br>Natwest OCBC<br>F432873 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts<br>Citibank<br>F432882 | 1 binder | B3 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited<br>Finance Folder<br>July to September 2016<br>F432998 | 1 binder | B2 |
| Office Filing Cabinets | Expenses | Elysium Global Dubai Limited<br>Expenses<br>FY2015<br>F432950 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited<br>Petty Cash 2018<br>F432866 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Dalma Capital<br>2050544350848 | 1 binder | B2 |
| Office Filing Cabinets | Finance | *Untitled binder with various banking related instructions and agreements*<br>F432863 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited<br>Finance Folder<br>June 2016<br>F432997 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited<br>Finance Folder<br>Oct to Dec 2016<br>F432996 | 1 binder | B2 |
| Office Filing | Commercial | EGDL Commercial Documents | 1 binder | B4 |

1