# Exhibit 19

ELYSIUM-09140791 Metadata

| Date Information | |
|---|---|
| Chrono Date: | 01/04/2015 17:20 |
| Document Date: | 01/04/2015 17:20 |
| Nuix Item Date: | 01/04/2015 17:20 |
| Date Created: | 01/04/2015 17:20 |
| Date Last Modified: | 01/04/2015 17:20 |
| Date Received: | |
| Date Sent: | |
| Appointment Start Date: | |
| Appointment End Date: | |
| PDF CreateDate: | |
| PDF Creation_Date: | |
| PDF ModificationDate: | |

\

| Client Account Id | Leg Type | Side | Instrument Type | Trade Date | Settlement Date | Stock | Ticker | Shape | Price | Exchange | Currency | Notional | Isin | Sedol | Counterparty Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAK01 | Equity | Buy | Equity | 26-Mar-15 | 31-Mar-15 | CARLB DC Equity | CARLB | 178,044 | 571.5 | | DKK | 101,752,146.00 | DK0010181759 | 4169219 | RDKS Consultants |
| SUN01 | Equity | Buy | Equity | 26-Mar-15 | 31-Mar-15 | CARLB DC Equity | CARLB | 178,044 | 571.5 | | DKK | 101,752,146.00 | DK0010181759 | 4169219 | Mako Financial Markets LLP |
| BVL01 | Equity | Buy | Equity | 26-Mar-15 | 31-Mar-15 | CARLB DC Equity | CARLB | 178,044 | 571.5 | | DKK | 101,752,146.00 | DK0010181759 | 4169219 | Sunrise Brokers |
| BVL01 | Stock Loan | Lend | Equity | 30-Mar-15 | 31-Mar-15 | CARLB DC Equity | CARLB | 178,044 | 571.5 | | DKK | 101,752,146.00 | DK0010181759 | 4169219 | Prince Solutions Limited |
| RVT01 | Stock Loan | Lend | Equity | 30-Mar-15 | 31-Mar-15 | CARLB DC Equity | CARLB | 178,044 | 571.5 | | DKK | 101,752,146.00 | DK0010181759 | 4169219 | RDKS Consultants |
| PSL01 | Stock Loan | Lend | Equity | 30-Mar-15 | 31-Mar-15 | CARLB DC Equity | CARLB | 178,044 | 571.5 | | DKK | 101,752,146.00 | DK0010181759 | 4169219 | Relative Value Trading GmbH |