

**Katten**

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
www.katten.com

DAVID L. GOLDBERG
david.goldberg@katten.com
+1.212.940.6787 direct

<u>VIA ECF</u>

November 1, 2024

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

Re:  *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

18CV4434, 18CV4833, 18CV7824, 18CV7827, 18CV7828, 18CV7829, 19CV1781, 19CV1783, 19CV1785, 19CV1788, 19CV1791, 19CV1792, 19CV1794, 19CV1798, 19CV1800, 19CV1801, 19CV1803, 19CV1806, 19CV1808, 19CV1809, 19CV1810, 19CV1812, 19CV1813, 19CV1815, 19CV1818, 19CV1865, 19CV1866, 19CV1867, 19CV1868, 19CV1869, 19CV1870, 19CV1871, 19CV1873, 19CV1893, 19CV1894, 19CV1895, 19CV1896, 19CV1898, 19CV1904, 19CV1906, 19CV1911, 19CV1918, 19CV1922, 19CV1924, 19CV1926, 19CV1928, 19CV1929, 19CV1930, 19CV1931, 19CV10713, 21CV5339

Dear Judge Kaplan:

This letter motion relates to the cases consolidated for Trial One.

Pursuant to this Court's Pretrial Order No. 36, defendants Richard Markowitz, John van Merkensteijn, and Robert Klugman ("Defendants") are currently scheduled to provide certain interim information to Plaintiff Skatteforvaltningen ("SKAT") for preparation of the joint pretrial order on Tuesday, November 5, 2024. *Id.* at ¶ 8(b). After consultation with SKAT, Defendants respectfully request a one-week extension of that interim deadline to allow the Parties additional time to adjust their pretrial submissions in light of the settlement of SKAT's claims with defendant Michael Ben-Jacob, which Defendants first learned about this Wednesday evening. <u>SKAT does not oppose this request</u>, and Defendants do not oppose corresponding one-week extensions of SKAT's time to make a reciprocal provision of information to Defendants, and for the parties to file the final joint pretrial order. *See* Dkt. 978 at ¶ 8(c)-(d). This would have the effect of modifying the deadlines in Paragraph 8 of Pretrial Order No. 36, such that the parties' final joint pretrial order would be filed on December 9, 2024.

**Katten**

Page 2

    Defendants make this request because they had been actively coordinating the workload associated with their prospective interim pre-trial order disclosure with counsel for Mr. Ben-Jacob and will now need to redistribute that work and tailor their submissions in light of Mr. Ben-Jacob's settlement. In addition, SKAT has informed Defendants that it will likewise revise its previous initial submissions associated with the filing of the Joint Pre-Trial Order as a result of Mr. Ben-Jacob's settlement, further necessitating this request.

    We thank the Court for its consideration of Defendants' request.

Respectfully submitted,

/s/ David L. Goldberg
David L. Goldberg
*Counsel for Defendant Robert Klugman*

cc: All Counsel of Record (via ECF)

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
11/4/24