# Exhibit 13

| | |
|---|---|
| **From:** | Adam Larosa <alarosa@argremgt.com> |
| **Sent:** | Tuesday, April 17, 2012 5:42 PM |
| **To:** | Wells, Peter; Richard Markowitz |
| **Subject:** | RE: Pension and Retirement Plan Investments I, LP |

Peter – I noticed you attached the JHVM structure charter to this email but Pension and Retirement Plan Investments I flows up to Rich's IRA not John's so please attached the RM IRA Structure chart to this.

Adam La Rosa
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753
e-mail: alarosa@argremgt.com

**From:** Wells, Peter [mailto:Peter.Wells@kayescholer.com]
**Sent:** Tuesday, April 17, 2012 4:44 PM
**To:** Richard Markowitz; Adam Larosa
**Subject:** Pension and Retirement Plan Investments I, LP

Richard, Adam: Email for Pension and Retirement Plan Investments LP

-----------------------------------------------

Dipti,

Further to my previous email, attached to this email is the due diligence for the Pension and Retirement Plan Investment I, LP structure as follows:

1. Structure Chart for Pension and Retirement Plan Investments, LP
2. Pension and Retirement Plan Investments, LP
    1. Certificate of Limited Partnership of Free Street Partners, LP
    2. Draft Limited Partnership Agreement of Free Street Partners, LP
        - Note that a limited partnership does not have directors, only limited partners (the Richard J. Markowitz IRA) and a general partner (Albula LLC)
3. Albula LLC (as General Partner of Pension and Retirement Plan Investments I, LP)
    1. Certificate of Formation of Albula LLC
    2. Operating Agreement of Albula LLC
        - The day to day operations of the company is run by its Manager (Adam LaRosa) and the company is owned by its Member (Edwin Miller)
    3. Adam LaRosa – Manager
        a. Drivers' License of Adam LaRosa
        b. Passport of Adam LaRosa
        c. Mortgage Bill of Adam LaRosa
    4. Edwin L. Miller – Member

1

**DEFENDANTS' EXHIBIT DX3247**
Case No:18-MD-2865 (LAK)

       a. Passport of Edwin L. Miller
       b. Utility Bill of Edwin L. Miller
5. Richard J. Markowitz IRA (as Limited Partner of Pension and Retirement Plan Investments I, LP)
       a. Richard J. Markowitz IRA - IRA Trust Deed and Regulatory Confirmation
       b. Richard J. Markowitz IRA - Statement Confirming Regulatory Compliance
       c. Richard J. Markowitz IRA - IRA Beneficiary Statement
       d. Passport of Richard J. Markowitz
       e. License of Richard J. Markowitz
       f. Utility Bill of Richard J. Markowitz

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER   WH_MDL_00282076
DX3247, page 2 of 2